Jennifer Lerma
4874 E 13th Street
Tucson, Arizona 85711
Self-Representation



# United States District Court

## In and for the District of Arizona

| | |
|---|---|
| JENNIFER LERMA;<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BARACK OBAMA, ET. AL.<br>　　　　　　　Defendants. | Civil Action No.:<br>CV-20-00333-TUC-DCB<br><br><br>**MOTION TO DISMISS** |

PLAINTIFF motions this Court to dismiss the Complaint against all DEFENDANTS except JAMES COMEY.

RESPECTFULLY SUBMITTED this 10th day of August 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JENNIFER LERMA, Plaintiff
　　　　　　　　　　　　　　　　Self-Representation

PAGE 1 OF 1

E:\MtntoDismiss.docx