**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Lerma, | No. CV-20-00333-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Barack Hussein Obama, II, et al., | |
| Defendants. | |

On August 4, 2020, the Plaintiff filed this action. On August 10, 2020, without having served the Complaint and, therefore, there being no answer, she filed a Motion to Dismiss. On August 6, 2020, she filed a Motion for Voluntary Dismissal under Rule 41. She states that the dismissal shall be with prejudice.

**Accordingly,**

**IT IS ORDERED** that the motions to dismiss (Docs. 5 and 6) shall be GRANTED.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice, and the Clerk of the Court shall close the case.

Dated this 16th day of September, 2020.

David C. Bury
United States District Judge